**SO ORDERED.**

**SIGNED this 6th day of July, 2015.**



_____
Robert E. Nugent
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JORDAN BROOKE THURMAN, | ) | Case No. 15-10580 |
| COURTNEY RACHEL THURMAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AGREED ORDER GRANTING TRUSTEE'S AMENDED MOTION FOR TURNOVER

The above matter comes on before the Court. The Trustee appears by J. Michael Morris of Klenda Austerman LLC. The debtors appear by Michael Fowler of Rick Hodge, Attorney At Law, L.C. There are no other appearances. Thereupon the Court FINDS:

1. The trustee's amended motion for turnover (Docket # 17) is granted.

2. The debtors will turn over the 2009 Yamaha ATV to the trustee and/or his agent.

3. The debtors will turn over $1,200.00 with regard to the hunting and trapping equipment and $435.21 representing fully earned, non-exempt wages as of the date of the bankruptcy.

4. The cash to be turned over totals $1,635.21. The debtors will turn over this amount by

United States Bankruptcy Court, District of Kansas
In re: Jordan and Courtney Thurman; Bankruptcy Case No. 15-10580
Agreed Order Granting Trustee's Amended Motion for Turnover
Page 2

payments of $100.00 every two weeks beginning with the debtors' first paycheck received after July 1, 2015.

###

APPROVED:

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67202
Tel: (316) 267-0331
Fax: (316) 267-0315
jmmorris@klendalaw.com

By:   *s/ J. Michael Morris*
      J. Michael Morris #09292
      Attorney for Trustee

RICK HODGE, ATTORNEY AT LAW, L.C.
700 North Market
Wichita, Kansas 67214
Tel: (316) 448-1028
Fax: (316) 448-0303
rick@rickhodge.com

By:   *s/ Michael Fowler*
      Michael Fowler #26394
      Attorney for Debtors