IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
JORDAN BROOKE THURMAN, ) Case No. 15-10580
COURTNEY RACHEL THURMAN )
) Chapter 7
Debtors. )
_____)

## REPORT OF SALE (SALE NO. 1)

COMES NOW the trustee, J. Michael Morris and pursuant to Fed.R.Bankr.P. 6004(f)(1), reports that he sold property of this estate for a total of $3,250.00 which property is listed on the attached.

        KLENDA AUSTERMAN LLC
        301 North Main, Suite 1600
        Wichita, Kansas 67202
        Telephone: (316) 267-0331
        Facsimile: (316) 267-0333
        jmmorris@kmazlaw.com

By: *s/ J. Michael Morris*
        J. Michael Morris   #9292
        Attorney for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2015 the above Report of Sale was electronically filed with the Clerk of the U.S. Bankruptcy Court via CM/ECF and electronically transmitted to the following:

Office of the U.S. Trustee
301 N. Main, Suite 1150
Wichita, KS 67202

        */s/ Tara N. Hageman*
        Tara N. Hageman

2313678

Tara N. Hageman

**From:** Jerry Chesnutt <chesnuttauctions@yahoo.com>
**Sent:** Thursday, July 30, 2015 9:55 AM
**To:** Tara N. Hageman
**Subject:** Thurman 15-10580 Auction

CHESNUTT & CHESNUTT AUCTIONEERS CONDUCTED AN AUCTION FOR THE ABOVE CAPTIONED BANKRUPTCY DID WE FAIL TO SEND A BILL??
OUR FEE IS 20% OF $3250 PLUS $50 PICKUP FEE.   TOTALING $700  THANKS FOR THE BUSINESS ITS APPRECIATED.   JERRY CHESNUTT   800-809-2790

1